**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11    BERTHA RENEE SCHMITZ,                    No. C-16-4619 MMC
12              Plaintiff,                     **ORDER RE: CHAMBERS COPIES**
         v.
13
      SANOFI S.A., et al.,
14
                Defendants.
15    _____/
16
17          On August 17, 2016, the above-titled action was reassigned to the undersigned.
18          Chambers Copies of all documents filed in the instant case are to be submitted in
19    single-sided format.  See Standing Orders for Civil Cases Assigned to The Honorable
20    Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for
21    filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").  Accordingly,
22    plaintiff is hereby DIRECTED to submit to the Court a chambers copy of her complaint in
23    accordance with the Court's Standing Orders and the Civil Local Rules of this District.
24          **IT IS SO ORDERED.**
25
26    Dated: August 19, 2016
27                                             MAXINE M. CHESNEY
                                               United States District Judge
28